**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FRANKLIN LEE BRADLEY,**

    **Plaintiff,**

**v.**                                                   **Case No. 8:13-cv-227-T-30AEP**

**LORILLARD TOBACCO CORP.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Designate Case as Track One (Dkt. 19). The Court, having reviewed the motion and being otherwise advised in the premises, concludes the motion to designate case as track one should be granted in part and denied in part.

On December 21, 2012, *pro se* Plaintiff Franklin Lee Bradley filed a complaint in state court for claims of negligence and product liability against Defendant Lorillard Tobacco Company for its production of tobacco products used by Bradley. Lorillard was served with the original complaint on January 3, 2013, and removed the case to federal court on January 23, 2013. The Court granted Bradley's motion to amend his complaint on January 28, 2013, and directed Bradley to file his amended complaint within fourteen days.

Bradley, an inmate at Liberty Correctional Institution in Bristol, Florida, failed to file an amended complainnt pursuant to the Court's Order. Rather, Bradley moved to amend his complaint again, moved for summary judgment, and moved to compel medical records from

a third-party. On February 14, 2013, the Court denied these motions and again instructed Bradley to file his amended complaint within fourteen days. As of the date of this Order, Bradley has twice been directed by this Court to file an amended complaint (Dkt. 10, 18) and has failed to timely do so.

On January 25, 2013, the Court issued a Notice of Designation under Local Rule 3.05, designating this case as a Track Two case (Dkt. 8). Track Two cases require the parties to meet within sixty days after service of the complaint for the purpose of jointly preparing and filing a Case Management Report. The sixty-day deadline is March 4, 2013. Lorillard has moved to designate the case as a Track One case, thereby relieving it of the burden of meeting with *pro se* Plaintiff Bradley at the Liberty Correctional Institution. In the alternative, Lorillard seeks an extension of the meeting deadline until thirty days after Lorillard's answer to Bradley's amended complaint is due. The Court denies Lorillard's motion to designate the case as a Track One case, but grants Lorillard's motion to extend the meeting deadline until thirty days after Lorillard's answer to Bradley's complaint is due, and the meeting may be by phone.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Designate Case as Track One (Dkt. 19) is granted in part and denied in part as stated herein. The parties shall meet to prepare a Case Management Report within thirty (30) days of the date Lorillard's answer is due.

2. Plaintiff shall file an amended complaint **within fourteen (14) days** of the date of this Order or shall **SHOW CAUSE in writing within fourteen (14) days** of the date of

this Order why this action should not proceed based on Plaintiff's original complaint (Dkt. 2).

      **DONE** and **ORDERED** in Tampa, Florida on March 4, 2013.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-227.OSC&mtdesignatetrackone.frm