UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FRANKLIN LEE BRADLEY,**

    **Plaintiff,**

v.                                                            Case No.  8:13-cv-227-T-30AEP

**LORILLARD INC., et al.,**

    **Defendants.**
_____/

## ORDER

      THIS CAUSE comes before the Court upon Plaintiff's Request for Permissive Joinder of Parties (Dkt. 40).  Plaintiff Franklin Lee Bradley, proceeding *pro se*, moves the Court to add Amour Correctional Health Service as a plaintiff under Rule 20 of the Federal Rules of Civil Procedure.  However, Amour Correctional Health Service does not join in the motion for permissive joinder.

      Rule 20(a)(1) permits "[p]ersons [to] join in one action as plaintiffs if: (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all plaintiffs will arise in the action."  Fed. R. Civ. P. 20(a)(1).  Rule 20(a) is premised upon the joining party seeking permission to be added as a plaintiff, not the existing plaintiff bringing a third party into an action.  Accordingly, Bradley's motion to add Amour Correctional Health Service as a plaintiff is denied without prejudice to Amour

to move to be joined as a plaintiff if it can allege facts consistent with Rule 20(a)(1)'s requirements.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Request for Permissive Joinder of Parties (Dkt. 40) is DENIED without prejudice to Amour Correctional Health Services.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-227.denypermissivejoinder.frm