UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKLIN LEE BRADLEY,

    Plaintiff,

v.                                                  Case No: 8:13-cv-227-T-30AEP

LORILLARD INC., LORILLARD
TOBACCO COMPANY and
LORILLARD LICENSING COMPANY
L.L.C.,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Compel Arbitration (Dkt. #53). Plaintiff's motion sets forth no factual or legal basis for the Court to compel the parties to arbitration. Arbitration is a matter of contract. *Klay v. All Defendants*, 389 F.3d 1191, 1200 (11th Cir. 2004). Plaintiff has not alleged that there is any contract or agreement between himself and the Defendants. Therefore, the Motion should be denied.

Further, the Court would like to caution Plaintiff since he is proceeding *pro se* in this case. Despite his *pro se* status, he is required to comply with the Local Rules of the Middle District of Florida and the Federal Rules of Civil Procedure and any failure to do so could result in sanctions, including dismissal of his claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989). By this order, Plaintiff is noticed of the type of

conduct that the Court expects and requires of *pro se* litigants.  Plaintiff must comply with the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida.  If Plaintiff submits any pleading, motion, or other paper to be filed and considered by the Court and does not include a certificate of service upon all parties who have appeared, it will be stricken by the Court.  *See* Fed.R.Civ.P. 5(a)(1).

Additionally, Plaintiff must confer with opposing counsel in a good faith effort to resolve the issues raised in his motions prior to filing the motion, except for motions for injunctive relief, judgment on the pleadings, summary judgment, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action. Local Rule 3.01(g). The Motion shall contain a statement indicating that you have conferred with opposing counsel and whether they oppose the motion. *Id*. Further, when filing a motion or other pleading requesting an order, Plaintiff shall include a memorandum of legal authority in support of the request. *Id*. at 3.01(a).

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion to Compel Arbitration (Dkt. #53) is denied.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of October, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-227-arbitration 53.docx

2