**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FRANKLIN LEE BRADLEY, *pro se,*

     Plaintiff,

v.                                Case No: 8:13-cv-227-T-30AEP

LORILLARD TOBACCO CORP.,

     Defendant.

_____

## <u>ORDER</u>

THIS CAUSE comes before the Court upon the Plaintiff's Request for Appeal to the District Judge from a Ruling of the Court Made by the Magistrate Judge on the Plaintiff's Request for Sanctions against the Defendant and their [sic] Representatives for Failure to Comply with This Court's Order (Dkt. # 65) and Plaintiff's Notice of Objection to Exercise of Jurisdiction by a United States Magistrate Judge Over Dispositive Motion, Proceeding and Final Order on Such Motion (Dkt. # 66).

Plaintiff appeals Magistrate Judge Anthony E. Porcelli's ruling on his "Request for Sanctions against Defendant(s) and their Representatives for Failure to Comply with this Court's Order" (Dkt. #64). In his Motion, Bradley argues that the Defendant failed to respond to two discovery requests, one request for admission and an interrogatory.   Both requests pertain to whether the Defendant has insurance coverage.

Magistrate Judge Porcelli entered an order compelling Defendant to submit an "amended response to [the discovery requests] to accurately reflect its position with respect to any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or indemnify or reimburse for payments made to satisfy the judgment" (Dkt. #59). Defendant submitted amended responses stating that the Defendant does not have an insurance policy that would provide coverage for the claims brought against it in this case.

Under Rule 72(a) of the Federal Rules of Civil Procedure, a party may object to a non-dispositive order entered by a magistrate judge, but in order to prevail, it must establish that the order is clearly erroneous or contrary to law.   Defendant's response is in compliance with the Magistrate Judge's order. Therefore, the Court concludes that Plaintiff has not demonstrated clear error or a ruling that is contrary to law.

Further, Plaintiff's objection to the Magistrate Judge "conduct[ing] any further proceedings or act in any administrative function" in this case is without merit.   The Magistrate Judge has authority to handle pretrial matters that are not dispositive of a party's claim or defense. Fed.R.Civ.P. 72 (a). Plaintiff's sanctions motions was not a dispositive motion, and therefore was not affected by Plaintiff's prior withholding of consent to assignment of a magistrate judge for final disposition of the case. (Dkt. #26) The Court has the authority to assign non-dispositive motions to the Magistrate as it deems appropriate.

It is therefore ORDERED AND ADJUDGED that Plaintiff Franklin Lee Bradley's

Objections (Dkts. #65 & 66) are OVERRULED and the Magistrate Judge's Order (Dkt.

#64) is AFFIRMED.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of January, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-227-appeal of sanctions order 65.docx