UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKLIN LEE BRADLEY,

      Plaintiff,

v.                     Case No.   8:13-cv-227-T-33AEP

LORILLARD INC., LORILLARD TOBACCO
COMPANY, AND LORILLARD LICENSING
COMPANY L.L.C.,

      Defendants.
_____/

**ORDER**

This cause comes before the Court <u>sua</u> <u>sponte</u>.  On July 14, 2014, the Court entered an Order directing pro se Plaintiff Franklin Lee Bradley to show cause why Defendants Lorillard, Inc. and Lorillard Licensing Company, L.L.C. should not be dismissed without prejudice due to Bradley's failure to effect service of process as to these Defendants. (Doc. # 89).  Bradley has not responded to the Order to Show Cause, and the docket does not reflect that Bradley has effected service as to these Defendants.  In addition, the Court determines that the 120-day deadline to effect service as specified in Rule 4(m), Fed. R. Civ. P., has expired as to Lorillard, Inc. and Lorillard Licensing Company, L.L.C.

The Court accordingly dismisses Lorillard, Inc. and Lorillard Licensing Company, L.L.C. without prejudice.  This

action remains pending as between Bradley and Lorillard Tobacco Company.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Lorillard, Inc. and Lorillard Licensing Company L.L.C. are dismissed from this action without prejudice due to Bradley's failure to effect service of process as to these Defendants.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>9th</u> day of September, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All counsel and parties of record